```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **05CR 10098 NG** |
| | ) | |
| | ) | VIOLATION: |
| | ) | 18 U.S.C. § 371 - |
| v. | ) | Conspiracy to Defraud |
| | ) | the United States |
| 1. KAREN WOO, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

**COUNT ONE:**   **(18 U.S.C. § 371 - Conspiracy to Defraud the United States)**

The United States Attorney charges that:

From a date unknown, but no later than November, 2000, and continuing until in or about November, 2003, at Boston and elsewhere, in the District of Massachusetts,

**1. KAREN WOO**

defendant herein, knowingly and willfully conspired and agreed with Douglas Bannerman, and with other persons both known and unknown to the grand jury, to defraud an agency of the United States, to wit, the Internal Revenue Service, in its attempt to ascertain, compute, assess, and/or collect federal income taxes.

Woo and Bannerman furthered this agreement by: engaging in a scheme in which Karen Woo and Douglas Bannerman both (1) claimed that checks written by Karen Woo on a weekly basis on the Woo Design Account, which purported to be checks paid in exchange for business services, constituted valid business expenses deductible

by Woo Design, knowing that those checks were not paid in exchange for any business services rendered; (2) submitted to a tax preparer that the payment of those moneys was a deductible business expense, thus causing the preparation of tax returns that claimed those payments as tax-deductible; and (3) submitted those returns to the Internal Revenue Service, knowing that they contained false claims regarding the applicable tax liability.

                              MICHAEL J. SULLIVAN
                              United States Attorney
                         By:

                              _____
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney

Dated: April 7, 2005

∾JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**        Category No.  II        **Investigating Agency**  DEA

**City**    Newton                **Related Case Information:**

**County**  Middlesex              Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Karen Woo                            Juvenile:    ☐ Yes    ■ No

Alias Name        _____

Address           34 Bolton Rd., Newton, MA

Birthdate: _____   SS # _____   Sex: F   Race: _____   Nationalit _____

**Defense Counsel if known:**    Frank Libby, 617-338-9300    Address _____

Bar Number    _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang  617-748-3249        Bar Number if applicable  _____

**Interpreter:**    ☐ Yes   ■ No        List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes   ■ No

         ☐ Warrant Requested        ■ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date    _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    X Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ■ Felony  1

                Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  April 7, 2005        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 05cr            NG

**Name of Defendant**     Karen Woo

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy to defraud the United States | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

js 45s.wpd - 2/7/02