UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ) No.
)
) VIOLATION:
) 18 U.S.C. § 371 –
v. ) Conspiracy to Defraud
) the United States
1. KAREN WOO, )
)
Defendant. )

## WAIVER OF INDICTMENT

I, Karen Woo, who is accused of conspiring to defraud the
United States, in violation of 18 U.S.C. §371, being advised of
the nature of the charges and of my rights, hereby agree to waive
in open court prosecution by indictment and consent that the
proceeding may be by information instead of by indictment.

x _____
KAREN WOO

_____
FRANK A. LIBBY, JR., ESQ.
NICHOLAS A. KLINEFELDT, ESQ.
Attorneys for Defendant

Date: 6-10-05