US District Court
District of Massachusetts

U.S. v. Karen Woo            Criminal Action
                             05 CR 10098 F

Motion to Unseal

On 4/7/05 an Information was filed charging the defendant with Conspiracy to defraud the U.S. More than five months have passed with no record of Woo or the case in the Court's electronic files. Court clerk has advised the entire case file has been sealed.

Wherefore I, Milton Valencia of the NE News Service, request that the court order the unsealing of the case file or portions thereof.

[signature]
N.E. News Svc
66 Alexander Rd
Newton, MA 0246
Phone: 617/969-4102