ATTORNEY ASSIGNMENT REQUEST

Defendant:__KAREN WOO_____    Case & Defendant Number__05cr10098NG_____

Date of Appointment:_____    Appointed by:_____

Attorney Withdrawn_____    Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts__One_____

Charge(s) and Cite(s)__18 U.S.C. section 371 Conspiracy to defraud the United States___
_____
_____

Indictment_____    Information____✔_____    Probation Revocation_____

Number of Defendants__One_____

Judge Code_____

Special Instructions
_____
_____

_____

_____

_____

                                          ___/s/ Jennifer Filo_____
                                          Deputy Clerk

                                          Dated___10/13/2005_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]