M



# M E M O R A N D U M

**To:** Honorable Nancy Gertner
U.S. District Judge

**From:** Nicole Monteiro
U.S. Probation Officer

**Re:** WOO, Karen, Dkt.# 05-CR-10098
**Fine/Restitution Order/Payment Schedule Policy**

**Date:** March 30, 2006

This memorandum serves as notification of a fine/restitution payment schedule agreed upon by the Probation Office in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above probationer has agreed to pay his/her court-ordered restitution of $33,671 in monthly installments of $500.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

_____
Jonathan E. Hurtig, Supervising
U.S. Probation Officer

Payment Schedule Is Approved:

_____         April 10, 2006
Honorable Nancy Gertner                 (Date)
U.S. District Judge